Willie Charles **HILL**

v.

**J. C. TAYLOR, Warden.**

No. 7149.

United States Court of Appeals
Tenth Circuit.

Jan. 9, 1963.

Thomas W. Inman, Denver, Colo., for petitioner.

Newell A. George, U. S. Atty., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for respondent.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of respondent January 9, 1963, on ground appeal is moot

**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

Samuel **CHERICO,** Joseph Cherico, and Anthony Cherico, doing business as Clarion Fruit Company, Respondent.

No. 14064.

United States Court of Appeals
Third Circuit.

Argued Feb. 4, 1963.

Decided Feb. 27, 1963.

James Harkless, N. L. R. B., Washington, D. C. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Assoc. General Counsel, Marcel, Mallet-Prevost, Asst. Gen. Counsel, Warren M. Davison, Atty., National Labor Relations Bd., on the brief), for petitioner.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we are of the opinion that the National Labor Relations Board has jurisdiction; that substantial evidence supports its findings that the respondents violated Section 8 (a) (1) and Section 8(a) (3) and (1) of the National Labor Relations Act, and that the Board's Order is valid and proper.

For the reasons stated the Board's petition for enforcement will be granted.